## DECLARATION OF MARC FRIMET

I, Marc Frimet, make the following declaration:

1. I am an Associate General Counsel for The Bank of New York Mellon Corporation ("BNYM"). I am over 18 years old and authorized to make this declaration on behalf of Defendant.

2. Mellon Investments Corporation is an indirect subsidiary of BNYM. In my role as an Associate General Counsel of BNYM, I work on matters concerning Mellon Investments Corp. The matters set forth herein regarding the corporate structure of Mellon Investments Corporation are based on my personal knowledge, including based on my review of documents kept in the ordinary course of business, and based on communications with other employees. If called as a witness, I could and would testify as to the following.

3. On or about January 31, 2018, Defendant The Boston Company Asset Management, LLC merged with Mellon Capital Management Corporation. Following this merger, Mellon Capital Management Corporation was renamed BNY Mellon Asset Management North America Corporation.

4. TBC Asset Management, LLC was a "doing business as" name for The Boston Company Management, LLC – not an independent legal entity.

5. BNY Mellon AMNA was a "doing business as" name for BNY Mellon Asset Management North America Corporation – not an independent legal entity.

6. On or about January 2, 2019, Defendant BNY Mellon Asset Management North America Corporation changed its corporate name to Mellon Investments Corporation.

1

7. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of January 2020

_____

Marc Frimet