**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNIE FANG DEBOEVER<br><br>Plaintiff,<br><br>v.<br><br>MELLON INVESTMENTS CORPORATION,<br><br>Defendant. | Civil Action No. 1:20-cv-10078-IT |

**DEFENDANT MELLON INVESTMENT CORPORATION'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Defendant Mellon Investments Corporation ("Defendant") by and through its undersigned attorney, Morgan, Lewis & Bockius LLP, and pursuant to Federal Rule of Civil Procedure 7.1, respectfully submits the following disclosure statement:

Defendant discloses that it is a privately held corporation, and it is an indirectly owned subsidiary of The Bank of New York Mellon Corporation, which is a publicly traded corporation. No individual or entity owns 10% or more of the stock of The Bank of New York Mellon Corporation.

Dated: January 22, 2020

Respectfully submitted,

/s/ *Keri L. Engelman*
Keri L. Engelman, BBO# 704360)
keri.engelman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel: (617) 341-7828
Facsimile: (617) 341-7701

*Attorney for Mellon Investments Corporation*

## CERTIFICATE OF SERVICE

I, Keri L. Engelman, certify that on January 22, 2020, the foregoing document was filed through the Court's ECF System. Notice of this filing will be sent to all parties indicated on the electronic filing receipt.

/s/ *Keri L. Engelman*
Keri L. Engelman