UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNIE FANG DEBOEVER<br><br>Plaintiff,<br><br>v.<br><br>MELLON INVESTMENTS CORPORATION itself, and as successor-in-interest to each, TBC ASSET MANAGEMENT, LLC; THE BOSTON COMPANY ASSET MANAGEMENT, LLC; BNY MELLON ASSET MANAGEMENT NORTH AMERICA CORPORATION; and BNY MELLON AMNA<br><br>Defendants. | Civil Action No. 1:20-cv-10078-IT |

## [PROPOSED] ORDER ON DEFENDANTS' MOTION TO SEAL

Defendants' Motion to Seal is hereby **GRANTED**. After consideration of Defendants' Motion and the Parties' Confidentiality Agreement, the Court hereby grants Defendants' Motion to Seal.

IT IS SO ORDERED.

Dated: _____

Hon. Indira Talwani
District Court Judge